IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JOSEPH TARLANO,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No.: 3:19-cv-71

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

**ORDER: (1) APPROVING THE PARTIES' JOINT MOTION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT ("EAJA") (DOC. 17); AND (2) AWARDING PLAINTIFF $5,000.00 IN EAJA FEES**

This Social Security disability benefits appeal is before the Court on the parties' joint motion in which they agree that Plaintiff should be awarded attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, in the amount of $5,000.00.  Doc. 17.  Based upon the parties' motion in which they present no dispute that all requirements are met for the reasonable award of EAJA fees, the Court: (1) **APPROVES** the parties' joint motion (doc. 17); and (2) **AWARDS** Plaintiff EAJA fees in the amount of $5,000.00.  As no further matters remain pending for review, this case remains **TERMINATED** upon the Court's docket.

    IT IS SO ORDERED.

Date: 06/04/2020

*Walter H. Rice* (tp - per Judge Rice authorization after his review)

Walter H. Rice
United States District Judge